# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 27, 2012

No. 11-40672

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee

v.

ELEAZAR HERRADA-BONILLA,

Defendant–Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:11-CR-80-1

Before REAVLEY, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

After having reviewed the record and studied the briefs, we find no plain error in the district court's application of U.S.S.G. § 2L1.2's 16-level enhancement to Defendant–Appellant Eleazar Herrada-Bonilla.   AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.